UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON LEIGH MEFFORD, | No. 2:17-cv-1573-EFB P |
| Plaintiff, | |
| v. | ORDER |
| DAVID BAUGHMAN, | |
| Defendant. | |

Brandon Mefford is a state prisoner proceeding without counsel. This action was opened when he submitted to the court a filing entitled "Order to Show Cause for [A] Preliminary Injunction." ECF No. 1. To properly commence a civil action, however, Mr. Mefford must file a complaint.[1] *See* Fed. R. Civ. P. 3. In addition, he must pay the $400 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a). Until Mr. Mefford submits a complaint and either pays the filing fee or meets the requirements of 28 U.S.C. § 1915(a), there simply is no case before the court.

/////

---

[1] A complaint must contain a short and plain statement of the plaintiff's claim, showing that he is entitled to relief. Fed. R. Civ. P. 8. It must also contain a caption including the names of all defendants. Fed. R. Civ. P. 10(a). Mr. Mefford may draft his claims on the form complaint used by this court.

1

1     Accordingly, it hereby is ORDERED that:

2     1. The Clerk of the Court shall send to Mr. Mefford the form complaint and application for leave to proceed in forma pauperis used in this court;

4     2. Within 30 days of the date of this order, Mr. Mefford shall either pay the $400 filing fee or submit a complete application for leave to proceed in forma pauperis; and

6     3. Within 30 days of the date of this order, Mr. Mefford shall submit a complaint stating the nature of the action and his belief that he is entitled to redress. Failure to comply with this order may result in this case being closed.

DATED: August 2, 2017.

                EDMUND F. BRENNAN
                UNITED STATES MAGISTRATE JUDGE