UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON LEIGH MEFFORD, | No. 2:17-cv-1573-EFB P |
| Plaintiff, | |
| v. | ORDER |
| DAVID BAUGHMAN, | |
| Defendant. | |

Brandon Mefford is a state prisoner proceeding without counsel. This action was opened when he submitted to the court a filing entitled "Order to Show Cause for [A] Preliminary Injunction." ECF No. 1. On August 2, 2017, the court informed him that to properly commence a civil action, he needed to file a complaint and either pay the filing fee or request leave to proceed in forma pauperis. ECF No. 3. The court also warned that his failure to properly commence an action within thirty days could result in this case being closed. *Id.* Those thirty days have passed and he has not filed a complaint or otherwise responded to the court's order.[1] Without a complaint, there is simply no case before the court. *See* Fed. R. Civ. P. 3.

/////

/////

---

[1] He did, however, file the form indicating his consent to the jurisdiction of a United States Magistrate Judge. ECF No. 4.

Accordingly, it hereby is ORDERED that this case be closed.

DATED: September 12, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE